IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WAMU MORTGAGE PASS THROUGH CERTIFICATE FOR WMALT SERIES 2006-AR1 TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>LUCILA MEDINA-GONZALEZ, GABRIELA FRANCO, TONY MARTINEZ, and DOES 1 to 6, inclusive,<br><br>    Defendants.<br>                                              / | No. C 12-1138 SI<br><br>**ORDER REMANDING CASE** |

Plaintiff has not responded to the Court's May 21, 2012 Order to Show Cause Why Case Should Not Be Remanded. The Court finds that it does not have subject matter jurisdiction over this unlawful detainer action. *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."). Accordingly, the Court REMANDS this case. The Case Management Conference scheduled for June 29, 2012 I has been VACATED.

**IT IS SO ORDERED.**

Dated: July 2, 2012

                                                        SUSAN ILLSTON
                                                        United States District Judge